IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DALE A. ROGERS                                                                                    PLAINTIFF

VS.                                           Case No. 06-CV-4011

MERCK & CO., INC.                                                                              DEFENDANT

## ORDER

     Before the Court is a Motion filed on behalf of Defendant Merck & Co., Inc. ("Merck") for an order staying all proceedings in this case pending the transfer of the case by the Judicial Panel of Multidistrict Litigation ("the Panel") to the United States District Court for the Eastern District of Louisiana for coordinated pretrial management pursuant to 28 U.S.C. § 1407. (Doc. 4). Plaintiff has not filed a timely objection. Upon consideration, the Court finds the Motion to Stay should be and hereby is **granted**. All proceedings in this case are hereby stayed pending the Panel's transfer of this case to the MDL court for coordinated pretrial management.

     **IT IS SO ORDERED** this 21st day of February, 2006.

                                   /s/ Harry F. Barnes
                                   Hon. Harry F. Barnes
                                   U.S. District Judge